United States Bankruptcy Court
Central District of California

In re:  
Alisa Khachatryan  
      Debtor

Case No. 19-12485-MT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-1        User: admin              Page 1 of 1            Date Rcvd: Jun 03, 2020
                               Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.
db             +Alisa Khachatryan,    13327 1/2 Erwin Street,    Van Nuys, CA 91401-3013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2020 at the address(es) listed below:
        Aidan   Butler    on behalf of Debtor Alisa   Khachatryan tocontactaidan@gmail.com
        Avi   Schild    on behalf of Interested Party    Courtesy NEF bk@atlasacq.com
        David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com,  dgottlieb@iq7technology.com,
         rjohnson@dkgallc.com,akuras@dkgallc.com
        Katherine   Bunker    on behalf of U.S. Trustee    United States Trustee (SV) kate.bunker@usdoj.gov
        Shraddha   Bharatia    on behalf of Interested Party    Courtesy NEF notices@becket-lee.com
        United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
                                                                                                                     TOTAL: 6

**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Katherine C. Bunker, No. 240593
Trial Attorney for United States Trustee
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Blvd., Ste. 1850
Los Angeles, California 90017
Telephone (213) 894-3326; Facsimile (213) 894-0276
Email  kate.bunker@usdoj.gov

**FILED & ENTERED**

**JUN 03 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fisherl   **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>**ALISA KHACHATRYAN,**<br><br>                    Debtor. | Case No. 1:19-bk-12485-MT<br><br>Chapter 7<br><br>**ORDER MODIFYING ORDER ON STIPULATION AND ORDER FURTHER CONTINUING 1) EXAMINATION OF ALISA KHACHATRYAN PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AND 2) DEADLINE TO FILE A COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. § 727 AND/OR MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707(b)**<br><br>[No Hearing Required] |

Based on the facts set forth in the stipulation between Alisa Khachatryan (the "Debtor"), by her counsel of record, and the United States Trustee (the "U.S. Trustee"), by his respective counsel of record,

IT IS HEREBY ORDERED that Order on Stipulation and Order Further Continuing 1) Examination of Alisa Khachatryan Pursuant to Federal Rule of Bankruptcy Procedure 2004 and 2) Deadline to File a Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 and/or Motion to Dismiss Pursuant to 11 U.S.C. § 707(b) [Docket No. 34] is modified so the

examination of Alisa Khachatryan scheduled for June 2, 2020 at 10:00 a.m. shall be conducted remotely before a certified stenographic reporter with the use of an Armenian interpreter through videoconference. All Parties shall appear remotely from their respective sites.

    IT IS FURTHER ORDERED that the U.S. Trustee shall provide Alisa Khachatryan and her counsel with the videoconference call in information on or before May 28, 2020.

###

Date: June 3, 2020

*Maureen A. Tighe*
Maureen A. Tighe
United States Bankruptcy Judge